IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEFFREY LARSON, et al.,          )<br>                                  )<br>    Plaintiffs,                  )<br>                                  )<br>    v.                            )<br>                                  )<br>                                  )<br>TERRY HESTER, d/b/a              )<br>Regency Worldwide                )<br>Development, Inc.,               )<br>                                  )<br>    Defendant.                   )  | CIVIL ACTION NO.<br>2:12cv92-MHT<br>(WO) |

ORDER

It is ORDERED that defendant Terry Hester d/b/a Regency Worldwide Development, Inc., and defendant Worldwide Development, Inc., show cause, if any there be, in writing by June 22, 2012, as to why the plaintiffs' motion for default judgment (doc. no. 26) should not be granted as requested. Said defendants are informed that if they fail to respond within the time allowed, default judgment may be entered against them as, and in the amount, requested.

DONE, this the 5th day of June, 2012.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE