```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION



JEFFREY LARSON, et al.,      )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )       2:12cv92-MHT
                             )           (WO)
TERRY HESTER, d/b/a          )
Regency Worldwide            )
Development, Inc., and       )
REGENCY WORLDWIDE            )
DEVELOPMENT, INC.,           )
                             )
    Defendants.              )
```

                              OPINION

    Plaintiffs Jeffrey Larson, Carol Larson, and Equity Trust Company (as custodian of IRAs for the benefit of the Larsons) filed this lawsuit charging that defendants Regency Worldwide Development, Inc. and Terry Hester (d/b/a Regency Worldwide Development, Inc.) are liable to them for breach of a loan agreement.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiffs' motion for

summary judgment and motion for consent judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of December, 2012.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**