IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFREY LARSON, et al.,       )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )      2:12cv92-MHT
                              )         (WO)
TERRY HESTER, d/b/a           )
Regency Worldwide             )
Development, Inc., and        )
REGENCY WORLDWIDE             )
DEVELOPMENT, INC.,            )
                              )
     Defendants.              )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 70) is adopted.

(2) Plaintiffs Jeffrey Larson, Carol Larson, and Equity Trust Company's motion for summary judgment (Doc. No. 37) is granted.

(3) Plaintiffs Jeffrey Larson, Carol Larson, and Equity Trust Company's motion for consent judgment (Doc. No. 69) is granted.

(4) Judgment is entered in favor of plaintiffs Jeffrey Larson, Carol Larson, and Equity Trust Company and against defendants Regency Worldwide Development, Inc. and Terry Hester (d/b/a Regency Worldwide Development, Inc.

(5) Plaintiffs Jeffrey Larson, Carol Larson, and Equity Trust Company shall have and recover from defendants Regency Worldwide Development, Inc. and Terry Hester (d/b/a Regency Worldwide Development, Inc.), jointly and severally, the sum of $ 266,000.00.

(6) Plaintiffs Jeffrey Larson, Carol Larson, and Equity Trust Company shall have and recover from defendant Regency Worldwide Development, Inc. the additional sum of $ 21,863.01 in pre-judgment interest (simple interest calculated at the rate of 15 % per year, from May 24, 2012, until the date of entry of this judgment).

(7) Plaintiffs Jeffrey Larson, Carol Larson, and Equity Trust Company shall have and recover from defendant Terry Hester (d/b/a Regency Worldwide Development, Inc.) the additional sum of post-judgment interest limited to the rate of 8 % and not accruing until January 14, 2013.

It is further ORDERED that costs are taxed against defendant Regency Worldwide Development, Inc., for which execution they issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of December, 2012.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE